Kelly H. Dove, Esq. (NV Bar No. 10569)
Jennifer B. Lustig, Esq. (NV Bar No. 9110)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
       jlustig@swlaw.com

*Attorney for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESUS MENDEZ GARCIA,<br><br>       Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>       Defendant. | Case No. 2:25-cv-00819-RFB-DJA<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>[FIRST REQUEST] |

THIS STIPULATION is entered into by and between Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiff Jesus Mendez Garcia ("Garcia", and together with Wells Fargo, the "Parties"), by and through their respective counsel of record, to extend Wells Fargo's deadline to respond to Plaintiff's Complaint from June 5, 2025 until June 26, 2025 based on the following:

1. Plaintiff filed the Complaint on May 12, 2025.

2. Plaintiff served the Summons and Complaint on Wells Fargo on May 15, 2025.

3. Based on the date of service of the Summons and Complaint, Wells Fargo's current deadline to respond to the Complaint is June 5, 2025.

4. Wells Fargo recently retained the undersigned counsel to represent it in this action.

**NOW, THEREFORE**, based on the foregoing and subject to Court approval, the Parties agree as follows:

1. The Parties stipulate and agree to extend the deadline for Wells Fargo to respond to the Complaint, up to and including **June 26, 2025**, to allow Wells Fargo sufficient time to analyze and investigate the allegations in the Complaint, and to prepare a response thereto.

4902-3589-7672

2. This extension request is sought in good faith and is not made for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: May 29, 2025

SNELL & WILMER L.L.P.

*/s/ Jennifer B. Lustig*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer B. Lustig, Esq.
Nevada Bar No. 9110
1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135
*Attorneys for Defendant Wells Fargo Bank, N.A.*

Dated: May 29, 2025

LAW OFFICE OF KEVIN L. HERNANDEZ

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Ave., Suite 101
Las Vegas, NV 89147
*Attorneys for Plaintiff Jesus Mendez Garcia*

## ORDER

Upon stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant Wells Fargo Bank, N.A., shall have until June 26, 2025 to file a response to the Complaint.

**IT IS SO ORDERED.**

Dated: 5/30/2025

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Jennifer B. Lustig*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer B. Lustig, Esq.
Nevada Bar No. 9110
1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135
*Attorneys for Defendant Wells Fargo Bank, N.A.*

4902-3589-7672

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2025 I electronically filed the foregoing **STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED May 29, 2025.

>           */s/ Joanna Fung*
>           An employee of SNELL & WILMER L.L.P

- 3 -

4902-3589-7672