Kelly H. Dove, Esq. (NV Bar No. 10569)
Jennifer B. Lustig, Esq. (NV Bar No. 9110)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
       jlustig@swlaw.com

*Attorney for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JESUS MENDEZ GARCIA, | Case No. 2:25-cv-00819-RFB-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO COMPEL ARBITRATION AND STAY LITIGATION** |
| WELLS FARGO BANK, N.A. | |
| Defendant. | |

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiff Jesus Mendez Garcia ("Plaintiff", and together with Wells Fargo, the "Parties"), by and through counsel, hereby stipulate and agree that this dispute is subject to AAA arbitration and that this litigation should be stayed based on the following:

1.  On May 12, 2025, Plaintiff filed a Complaint against Wells Fargo for alleged violations of the Electronic Fund Transfer Act and related common law claims.

2.  On July 14, 2025, Wells Fargo filed its Answer, generally denying liability for the claims pled, and asserting affirmative defenses thereto.

3.  On September 11, 2025, counsel for the Parties attended a Rule 26(f) discovery conference.

4.  The Parties subsequently met and conferred to determine whether Plaintiff would consent to stay this action in favor of arbitration.

5.  On September 23, 2025, Plaintiff informed Wells Fargo of its agreement to stay this

4909-3342-1420

litigation and compel arbitration.

Based on the foregoing, the Parties hereby stipulate and agree as follows:

1. That the Parties submit this matter to binding arbitration in accordance with the Parties' binding arbitration agreement;

2. That the Court stay this litigation and vacate all pending deadlines and hearings; and

3. That this Court retain jurisdiction over this matter to confirm the arbitration award and preside over any other post-arbitration proceedings as permitted by the Federal Arbitration Act.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: September 30, 2025 | Dated: September 30, 2025 |
| LAW OFFICE OF<br>KEVIN L. HERNANDEZ | SNELL & WILMER L.L.P. |
| */s/ Kevin L. Hernandez*<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, Nevada 89147<br>kevin@kevinhernandezlaw.com<br>*Attorney for Plaintiff Jesus Mendez Garcia* | */s/ Jennifer B. Lustig*<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Jennifer B. Lustig, Esq.<br>Nevada Bar No. 9110<br>1700 South Pavilion Center Drive, Ste. 700<br>Las Vegas, Nevada 89135<br>kdove@swlaw.com<br>jlustig@swlaw.com<br>*Attorneys for Defendant Wells Fargo Bank, N.A.* |

4909-3342-1420

**ORDER**

Based on the foregoing stipulation and for good cause appearing, **IT IS HEREBY ORDERED** that this matter be submitted to binding arbitration.

**IT IS FURTHER ORDERED** that this litigation is **STAYED** and all pending deadlines and hearings are vacated to allow the Parties to adjudicate this dispute in binding arbitration.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction to confirm the arbitration award and preside over any other post-arbitration proceedings as permitted by the Federal Arbitration Act.

**IT IS FURTHER ORDERED** the Parties submit a status report every ninety days after the commencement of arbitration until arbitration is concluded. Any party may move to lift the stay once arbitration has concluded.

**DATED:** October 23, 2025.

**RICHARD F. BOULWARE, II.**
**UNITED STATES DISTRICT JUDGE**