Kelly H. Dove, Esq. (NV Bar No. 10569)
Jennifer B. Lustig, Esq. (NV Bar No. 9110)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email: kdove@swlaw.com
        jlustig@swlaw.com

*Attorney for Defendant Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESUS MENDEZ GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.<br><br>Defendant. | Case No. 2:25-cv-00819-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiff Jesus Mendez Garcia ("Plaintiff", and together with Wells Fargo, the "Parties") have resolved all claims, disputes, and differences in this litigation.  Therefore, Plaintiff and Wells Fargo, by and through their respective attorneys of record, and subject to the Court's approval, hereby stipulate and respectfully request that the Court dismiss the Complaint with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with the Parties to each bear their own attorneys' fees and costs incurred in this action.

/ / /

/ / /

/ / /

/ / /

4927-7974-6461

**IT IS SO STIPULATED.**

Dated: April 1, 2026

LAW OFFICE OF
KEVIN L. HERNANDEZ

*/s/     Kevin L. Hernandez*
Kevin L. Hernandez, Esq. (NV Bar No. 12594)
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff Jesus Mendez Garcia*

Dated: April 1, 2026

SNELL & WILMER L.L.P.

*/s/ Jennifer B. Lustig*
Kelly H. Dove, Esq. (NV Bar No. 10569)
Jennifer B. Lustig, Esq. (NV Bar No. 9110)
1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135
kdove@swlaw.com
jlustig@swlaw.com
*Attorneys for Defendant Wells Fargo Bank, N.A.*

## ORDER FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY ORDERED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties' Stipulation for Dismissal with Prejudice (ECF No. 19) is **GRANTED**. The Complaint (ECF No. 1) is **DISMISSED** with prejudice, with each party bearing its own costs, fees, and expenses.

The Clerk of Court is kindly instructed to enter judgment accordingly and close this case.

**DATED:** April 2, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

- 2 -

4927-7974-6461